**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CHRISTOPHER SADOWSKI

                *Plaintiff*,           Index No. 17-cv-1387 (PAE)(RLE)

                                          ECF Case

    vs.

                                         **AFFIDAVIT**

I CAN HAZ, LLC

                *Defendant.*

---------------------------------------------------------------x

STATE OF NEW YORK   )
                              )    SS.:
COUNTY OF NASSAU    )

YEKATERINA TSYVKIN, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and an associate at the firm of Liebowitz Law Firm PLLC, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit in support of Plaintiff's submission of five (5) invoices for the licensing of his photographs to various media outlets. (See Exhibit A)

3. I also make this affidavit in support of the Plaintiff's law firm's submission of billing statements in this case. (See Exhibit B)

4. I finally make this affidavit in support of the Plaintiff's law firm's submission of invoices from the process server applicable to this case. (See Exhibit C)

DATED: July 28, 2017                                           Respectfully Submitted,
        Valley Stream, NY

／s/Yekaterina Tsyvkin

Yekaterina Tsyvkin
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel. (516) 233-1660

*Attorneys for Christopher Sadowski*